**Date Signed:**
**February 20, 2014**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | CASE NO. 12-00332 |
| | (Chapter 7) |
| Donald Van Houten Totten, Jr. | |
|         Debtor. | |
| UNITED STATES TRUSTEE, | ADV. PRO. NO. 13-90044 |
|         Plaintiff, | |
| | Date: February 7, 2014 |
| vs. | Time: 10:00 a.m. |
| DONALD VAN HOUTEN TOTTEN, JR. | |
|         Defendant. | |
| | Judge: Hon. ROBERT J. FARIS |

## ORDER GRANTING
## UNITED STATES TRUSTEE'S MOTION FOR SUMMARY
## JUDGMENT ON COUNTS I, II, III, AND IV

The United States Trustee's Motion for Summary Judgment on Counts I, II, III, and IV came on for hearing on February 7, 2014 at 10:00 a.m. before the Honorable Robert J. Faris, United States Bankruptcy Judge. Terri H. Didion appeared for Plaintiff, United States Trustee. Ramon J. Ferrer appeared for Defendant, Donald Van Houten Totten, Jr. Pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure, it is Ordered as follows:

1. The United States Trustee's motion for summary judgment is granted as to Counts I, II, III, and IV of the Complaint.

2. A separate judgment shall be filed by the United States Trustee denying Defendant Donald Van Houten Totten Jr.'s discharge pursuant to 11 U.S.C. §727(a)(2)(A); §727(a)(2)(B); §727(a)(4); and §727(a)(6)(A).

**END OF ORDER**

Submitted by:

OFFICE OF THE UNITED STATES TRUSTEE
TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING  3931
Assistant United States Trustee
TERRI H. DIDION (CSB 133491)
Trial Attorney
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813
Telephone:  (808) 522-8154
Ustpregion15.hi.ecf@usdoj.gov
Attorney for United States Trustee