**Date Signed:**
**February 20, 2014**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. 12-00332 |
| | ) (Chapter 7) |
| Donald Van Houten Totten, Jr. | ) |
| Debtor. | ) |
| _____ | ) |
| UNITED STATES TRUSTEE, | ) ADV. PRO. NO. 13-90044 |
| Plaintiff, | ) |
| vs. | ) |
| DONALD VAN HOUTEN TOTTEN, JR. | ) |
| Defendant. | ) |
| _____ | ) Judge: Hon. ROBERT J. FARIS |

## JUDGMENT DENYING DISCHARGE OF DEFENDANT
## DONALD VAN HOUTEN TOTTEN, JR.

Pursuant to this Court's ruling on February 7, 2014 granting the United States Trustee's Motion for Summary Judgment on Counts I, II, III, and IV of the Complaint objecting the Defendant's discharge, judgment is hereby granted denying the discharge of Defendant Donald Van Houten Totten, Jr. pursuant to 11 U.S.C. §727(a)(2)(A); §727(a)(2)(B); §727(a)(4); and §727(a)(6)(A). All Defendant's debts that were or could have been listed on his bankruptcy petition dated February 16, 2012 are not and shall not be discharged in this or any other bankruptcy proceeding.

**END OF JUDGMENT**

Submitted by:

OFFICE OF THE UNITED STATES TRUSTEE
TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING  3931
Assistant United States Trustee
TERRI H. DIDION (CSB 133491)
Trial Attorney
1132 Bishop Street, Suite 602
Honolulu, Hawaii  96813
Telephone:  (808) 522-8154
Ustpregion15.hi.ecf@usdoj.gov
Attorney for United States Trustee